1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CLARKE, an individual, | Case No. 3:22-cv-03711-RS |
| Plaintiff, | (Honorable Richard Seeborg<br> Ctrm: 3 – 17th Floor) |
| vs. | |
| SAMSON DARK, an individual; METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation; and DOES 1 through 20, inclusive, | **ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| Defendants. | Complaint Filed: May 2, 2022 |

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety without prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: August 3, 2022

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE